# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALEX BONILLA,**

      **Plaintiff,**

**v.**                                                                                         Case No:   6:12-cv-1649-Orl-22TBS

**SHINER'S CAR WASH, SK PROPERTY, LLC and JAGDISH SINGH,**

      **Defendants.**

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 51) filed on April 7, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 23, 2014 (Doc. No. 55), is ADOPTED and CONFIRMED and made a part of this Order.

2. Paragraph 2.E of the Second Agreement (Doc. No. 54-1) is hereby SEVERED.

3. The Joint Motion for Approval of Settlement (Doc. No. 51) is hereby GRANTED. The Second Agreement as amended is hereby APPROVED.

4. Any pending motions are DENIED as moot.

5. This case is DISMISSED WITH PREJUDICE.

    6.    The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on May 13, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties